IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
APR 29 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 1:20CR392 |
| Plaintiff, | JUDGE SOLOMON OLIVER, JR. |
| v. | |
| CHARLES VACCARO, DROR SVORAI, DENNIS RUGGERI, KEVIN HAGEN, GARY BERLLY, YOSEF BITON, | ORDER |
| Defendants. | |

Upon good cause shown, IT IS HEREBY ORDERED that the indictment in the above-captioned case, all documents relating thereto, and this Order be sealed and placed in the custody of the Clerk of Courts.

IT IS FURTHER ORDERED that upon the arrest of any/the defendant named in the indictment, the indictment, all documents relating thereto, and this ORDER be unsealed.

IT IS FURTHER ORDERED that an Assistant United States Attorney of the Criminal Division of the United States Attorney's Office for the Northern District of Ohio may obtain, upon request and upon the arrest of any/the defendant, a certified copy of this indictment should any/the defendant be located in another judicial district and a certified copy of this indictment is needed for forwarding to that judicial district.

_____ 4/29/2021
UNITED STATES MAGISTRATE JUDGE