UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:20 CR 392 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES VACCARO, | ) | |
| DROR SVORAI, | ) | |
| DENNIS RUGGERI, | ) | |
| KEVIN HAGEN, | ) | |
| GARY BERLLY, | ) | |
| YOSEF BITON, | ) | |
| | ) | |
| Defendants | ) | STATUS CONFERENCE ORDER |

A telephonic pretrial conference was held on the open record in the within case on May 5, 2021, at 10:30 a.m. with counsel only. Assistant U.S. Attorneys Alex Abreu and Jim Morford were present on behalf of the Government. Attorneys Randy Zelin and Eric Nemecek as to Charles Vaccaro (1), Attorney David Sobel as to Dror Svorai (2), and Attorney Russell Williams as to Dennis Ruggeri (3) were also present. After a brief discussion to ensure a smooth transition of counsel, the court indicated that Attorney Sobel's Motion to Withdraw (ECF No. 74) is unconditionally granted. In addition, the parties also agreed that counsel needs additional time to confer with each other in respect to Defendant Vaccaro's pending Motion for Bond Modification (ECF No. 29) and Defendants Vaccaro and Svorai's Motions for Bill of Particulars (ECF Nos. 27, 31) given the relatively recent addition of new counsel in this case.

In light of the Superseding Indictment filed on April 29, 2021 (ECF No. 78) adding new

defendants Kevin Hagen, Gary Berlly and Yosef Biton, the court will hold a pretrial conference with all counsel regarding these matters, and all others, on July 6, 2021 at 11:30 a.m. Instructions for the call-in number shall be issued separately.

    IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

June 4, 2021