IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:20-CR-392 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES VACCARO, et al., | ) | <u>NOTICE OF RELATED CASE</u> |
| | ) | |
| Defendants. | ) | |

Now comes the United States of America, by and through its undersigned counsel, and respectfully provides notice of a related case, pursuant to Local Rule 57.9(b)(3).  This notice is provided as Case Number 1:22-CR-248, <u>United States v. Eli Taieb</u>, which arises out of the same investigation and underlying facts and is directly related to the earlier-filed Superseding Indictment that resulted in the filing of the charges in this case, is currently pending and is assigned to Judge Donald C. Nugent. A notice of related case and motion to transfer will be filed in the matter currently pending before Judge Nugent.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney
Southern District of Ohio
Acting Under Authority Conferred by
28 U.S.C. § 515

By:  /s/ Alejandro A. Abreu
Alejandro A. Abreu (OH: 0089477)
Assistant U.S. Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, Ohio 44113-1852
(216) 622-3620
(216) 522-2403 (facsimile)
alejandro.a.abreu@usdoj.gov