IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.: 1:20CR392 |
| | ) |
| Plaintiff, | ) JUDGE SOLOMON OLIVER, JR. |
| | ) |
| v. | ) |
| | ) |
| DROR SVORAI, | ) |
| | ) |
| Defendant. | ) |

**MOTION TO ENTER PLEA VIA ZOOM AND
REQUEST TO BE EXCUSED FROM MARCH, 21st TELEPHONE CONFERENCE**

The Defendant, Dror Svorai, through counsel, files this Motion to Enter Plea Via Zoom and Request to be Excused from March 21st Telephone Conference and in support sates:

1. On March 15th, 2023, Mr. Svorai filed a Notice of Intent to Change Plea.

2. Mr. Svorai respectfully requests permission to enter his plea before Judge Oliver via Zoom. Additionally, in light of his intent to plead guilty, undersigned counsel requests that he be excused from participating in the March 21st telephone conference scheduled for 11:00am.

Wherefore, the Defendant, Dror Svorai, respectfully requests that this Honorable Court grant this motion.

Respectfully submitted,

*/s/ Robert G. Amsel*
ROBERT G. AMSEL, ESQUIRE
Florida Bar No. 349690
Ross Amsel Raben Nascimento PLLC
2250 Southwest 3rd Avenue, Suite 400
Miami, Florida 33129
Telephone: (305) 858-9550
E-mail: BobAmsel@crimlawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy has been electronically filed on this 17th day of March, 2023.

>           */s/ Robert G. Amsel*
>           ROBERT G. AMSEL, ESQUIRE