UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA     *
          *
          *
    v.     *     CASE NO. 1:20-CR 392
          *
          *
          *
          *****

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING FOR FELONY PLEAS AND/OR SENTENCINGS

In accordance with Standing Order 2020-06, this Court finds:

[✓] That the Defendant has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

[✓] That the proceeding(s) to be held today cannot be further delayed without serious harm to the interests of justice, for the following specific reasons:

Defendant lives out of state and wishes to avoid the added expense of travel. Defendant will be present In-Person for Sentencing.

Accordingly, the proceeding(s) held on this date may be conducted by:

[✓] Video Teleconferencing

[ ] Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

[ ] The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

[ ] Other:

Date: 4/5/2023

/s/ Solomon Oliver, Jr.
_____
United States District Judge