IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20-CR-392 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| DROR SVORAI, | ) | |
| | ) | **PRELIMINARY ORDER OF FORFEITURE** |
| Defendant. | ) | Re: $236,131.05 USD and $7,981.00 USD |

It appears to the Court that proper proceedings for the issuance of this Preliminary Order of Forfeiture have been had in this case as follows:

1. On April 29, 2021, a 19-count Superseding Indictment (R. 78) was returned in N.D. Ohio Case No. 1:20-CR-392. In pertinent part, defendant Dror Svorai was charged as follows:

Count 1: Conspiracy to Commit Securities Fraud, in violation of 18 U.S.C. § 371.

Count 9: Securities Fraud, in violation of 15 U.S.C. § 78j(b).

Count 15: Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. § 1349.

Counts 16-18:

Wire Fraud, in violation of 18 U.S.C. § 1343.

2. With respect to defendant Svorai, a forfeiture provision set forth in the Superseding Indictment (R. 78) specified as follows:

The allegations of Counts 1 through 18, inclusive, are hereby re-alleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title

18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c). As a result of the foregoing offenses, [Defendant] . . . DROR SVORAI . . . shall forfeit to the United States all property, real and personal, which constitutes - or is derived from - proceeds traceable to the commission of such offenses; including, but not limited to, the following:

    a.)     $236,131.05 seized pursuant to the execution of a federal seizure warrant on or about July 22, 2019, from Wells Fargo Bank NA, Account Number xxxxxxxxx9454, in the name of D&D Capital, Inc., and controlled by DROR SVORAI.

    b.)     $7,981.00 U.S. Currency seized on or about July 22, 2019, at the offices of DROR SVORAI located on West Dixie Highway in Miami, Florida.

3.     A change of plea hearing was held on April 5, 2023, by Zoom videoconference upon consent of the parties. A guilty plea was entered by defendant Svorai as to Counts 1, 9, 15, and 16-18 of the Superseding Indictment, which the court accepted and found Defendant guilty. A written plea agreement was executed. (*See*, Minutes of proceedings [non-document] before Judge Solomon Oliver, Jr., filed on April 5, 2023).

4.     With respect to forfeiture, the written plea agreement of defendant Svorai provided as follows at paragraph 4, pages 3-4:

    A.     Defendant Svorai agreed to the forfeiture of the following properties to the United States:

    a.)     $236,131.05 seized pursuant to the execution of a federal seizure warrant on or about July 22, 2019, from Wells Fargo Bank NA, Account Number: xxxxxxxxx9454, in the name of D&D Capital, Inc., and controlled by DROR SVORAI.

    b.)     $7,981.00 U.S. Currency seized on or about July 22, 2019, at the offices of DROR SVORAI located on West Dixie Highway in Miami, Florida.

    B.     *Basis for Forfeiture*. Particularly, with respect to these properties, defendant Svorai further agreed as follows:

    a.)     The $236,131.05 is subject to forfeiture under 18 U.S.C. Section 981(a)(1)(C) and 28 U.S.C. Section 2461(c) as it constitutes proceeds traceable to the commission

of the offenses charged in Count 1 (Conspiracy to Commit Securities Fraud) and Count 9 (Securities Fraud) of the Superseding Indictment.

b.) The $7,981.00 U.S. Currency is subject to forfeiture under 18 U.S.C. Section 981(a)(1)(C) and 28 U.S.C. Section 2461(c) as it constitutes proceeds traceable to the commission of the offense charged in Count 1 (Conspiracy to Commit Securities Fraud) of the Superseding Indictment.

C. Pursuant to Rule 32.2(b)(4)(A) of the Federal Rules of Criminal Procedure, Defendant consented that the forfeiture of the above-described properties will become final as to him upon the Court's entry of the Preliminary Order of Forfeiture.

D. Finally, Defendant stated that "he will take whatever steps are necessary to effectuate the forfeiture of the above-described properties to the United States; including, but not limited to, the execution of whatever agreements, stipulations, and/or other documents that are necessary to effectuate the forfeitures." Particularly, in this regard, defendant Svorai stated the following at paragraph 4-C of the plea agreement:

"Defendant . . . is an authorized representative of D&D Capital, Inc. In this capacity as an authorized representative, and on behalf of D&D Capital, Inc., Defendant states the following: Under 18 U.S.C. Section 981(a)(1)(C) and 28 U.S.C. Section 2461(c), D&D Capital, Inc., consents to the forfeiture of – and will not contest the United States' forfeiture action against - the following property:

a.) $236,131.05 seized pursuant to the execution of a federal seizure warrant on or about July 22, 2019, from Wells Fargo Bank NA, Account Number: xxxxxxxx9454, in the name of D&D Capital, Inc., and controlled by DROR SVORAI.

5. Eli Taieb - the defendant in N.D. Ohio Case No. 1:22-CR-248 - was a potential claimant to the following subject property: $7,981.00 U.S. Currency seized on or about July 22, 2019, at the offices of DROR SVORAI located on West Dixie Highway in Miami, Florida. On June 7, 2022, an arraignment and plea hearing as to defendant Taieb was held in N.D. Ohio Case No. 1:22-CR-248. Defendant Taieb was advised of the charges and entered a guilty plea as to Count 1 of the Information, which charged Conspiracy to Commit Securities Fraud, in violation

of 18 U.S.C. § 371.  With respect to the subject $7,981.00 U.S. Currency, defendant Taieb agreed as follows at paragraph 4-A, page 3, of his written plea agreement:

> Defendant agrees as part of this plea agreement to the forfeiture of the following property to the United States: . . . $7,981.00 U.S. Currency seized on or about July 22, 2019, at a location on West Dixie Highway in Miami, Florida.

6. Based upon the foregoing, and pursuant to Rule 32.2(b) of the Federal Rules of Criminal Procedure, this Preliminary Order of Forfeiture is entered as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED**

7. The United States is authorized to seize and take control of the following properties, and they hereby are forfeited to the United States under 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) for disposition in accordance with law, subject to the provisions of 21 U.S.C. § 853(n) [as incorporated by 28 U.S.C. § 2461(c)]:

   a.) $236,131.05 seized pursuant to the execution of a federal seizure warrant on or about July 22, 2019, from Wells Fargo Bank NA, Account Number: xxxxxxxxx9454, in the name of D&D Capital, Inc., and controlled by DROR SVORAI.

   b.) $7,981.00 U.S. Currency seized on or about July 22, 2019, at the offices of DROR SVORAI located on West Dixie Highway in Miami, Florida.

8. Pursuant to 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, the United States shall publish notice of this Order on an official government internet site for at least 30 consecutive days.  Upon completion of publication, this Court will enter a final order in accordance with 21 U.S.C. § 853(n).

**IT IS SO ORDERED** this  10TH  day of April, 2023.

/S/ SOLOMON OLIVER, JR.
SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE/