UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:20CR392 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) | |
| | ) | |
| DROR SVORAI, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

THIS CAUSE came before the Court on DROR SVORAI's, Unopposed Motion for Leave to File Motion to Continue Sentencing Under Seal. It is hereby ORDERED AND ADJUDGED that said motion is GRANTED and the motion to continue the sentencing filed by the Defendant shall be Sealed.

IT IS SO ORDERED.

/s/ Solomon Oliver, Jr. _____
SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

March 17, 2026